IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES JENKINS III,

                Plaintiff,                OPINION AND ORDER

  v.

                                                      09-cv-323-wmc[1]

JAMES FREEMAN,

                Defendant.

---

      In this case, plaintiff James Jenkins III is proceeding on his claim that defendant James Freeman is subjecting him to a substantial risk of serious harm by encouraging other prisoners to attack him. The parties have briefed Freeman's motion for summary judgment, but at this point the parties' submissions fall short on both sides and do not allow the Court to make an informed decision on the motion. Accordingly, the Court will hold a telephone status conference on Monday, June 7, 2010 at 10 a.m. before Judge William M. Conley to discuss how best to proceed.

      Counsel for defendant Freeman is responsible for setting up the call to chambers at (608) 264-5087 and for arranging Jenkins's participation.

      Entered this 28th day of May, 2010.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge

---

    [1] This case was reassigned to Judge William M. Conley pursuant to a March 31, 2010 administrative order.